# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2743

_____

| | | |
|---|---|---|
| Sara Esther Ramos Vasquez, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of |
| v. | * | an Order of the Board |
| | * | of Immigration Appeals. |
| Eric H. Holder, Jr., Attorney General, | * | |
| | * | [UNPUBLISHED] |
| Respondent. | * | |

_____

Submitted: March 3, 2011
Filed: March 9, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Sara Esther Ramos Vasquez petitions for review of an order of the Board of Immigration Appeals (BIA) affirming an immigration judge's denial of her application for cancellation of removal. We lack jurisdiction to review the discretionary determination that Ramos Vasquez failed to show her removal would result in exceptional and extremely unusual hardship to her children who were United States citizens. See Zacarias-Velasquez v. Mukasey, 509 F.3d 429, 434 (8th Cir. 2007). We also lack jurisdiction to consider Ramos Vasquez's assertion that the impact of her health problems was ignored, because she did not exhaust this issue before the BIA. See Sultani v. Gonzales, 455 F.3d 878, 884-85 (8th Cir. 2006). Accordingly, we dismiss the petition.

_____